# Court of Appeals
# of the State of Georgia

ATLANTA,  June 13, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0135.  SPENCE v. REED et al.**

Upon consideration of Petitioner Amber Spence's "Emergency Petition for Extraordinary Relief" filed June 13, 2025, the same is hereby DENIED. See Court of Appeals Rule 40 (b).



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  06/13/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*